AO 91 (Rev. 11/11) Criminal Complaint

UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>**WAHID BENABBAS**<br>*Defendant(s)* | Case No. 20-mj-00004-SKC |

# CRIMINAL COMPLAINT

I, the undersigned complainant in this case, state that the following is true to the best of my knowledge and belief:

Between in or about October 23, 2013 and on or about October 3, 2018, in the State and District of Colorado and elsewhere, the defendant WAHID BENABBAS and another coconspirator, referred to herein as RM did knowingly combine, conspire, confederate and agree among themselves and with each other to commit Wire Fraud, an offense against the United States, to wit: having devised a scheme to defraud and obtain the monies of another by means of materially false and fraudulent pretenses, representations and promises and for the purposes of executing the scheme did cause writings, signs, and signals to be transmitted in interstate and foreign commerce, in violation of Title 18, United States Code, Section 1343.

The defendant and another coconspirator referred to herein RM, committed, caused to be committed and aided and abetted the commission of overt acts in furtherance of the conspiracy, including, but not limited to, the following:

1. 3/5/2018 - KMG submitted a proposal for $73,250 for the parts and labor related to add 5 new JACE controllers to the Waterpark II building.  On the same day, KMG submitted another proposal to KP for $58,500 for the parts and labor related to add 5 new JACE controllers to the Kaiser Permanente Waterpark III building.
2. 4/7/2018 - Epsilon Controls invoiced KMG $55,860 and $67,890 in two separate invoices for a total of $123,750.
3. 5/11/2018 - KMG invoiced KP for $73,250 for the Waterpark II building and $58,500 for the Waterpark III building (total of $131,750).
4. 6/11/2018 - KP paid KMG $131,750 via ACH transfer.
5. 6/26/2018 - KMG paid Epsilon Controls $123,750 by check with memo "Waterpark II & III".
6. 7/7/2018 through 8/23/2018 - a total of $45,369.09 was transferred to bank accounts controlled by defendant Benabbas through mobile and internet banking transfers.
7. 7/7/2018 through 8/23/2018 - a total of $60,000 was transferred to accounts controlled by RM through internet banking transfers.

All in violation of Title 18, United States Code, Section 371.

I further state that I am a Special Agent with Federal Bureau of Investigation and that this complaint is based on the following facts:  see Affidavit attached hereto and herein incorporated by reference.

*/s/ Kate Funk*
*Complainant's signature*

Kate Funk, Special Agent, FBI
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: January 8, 2020

*US Magistrate Judge's signature*

City and state: Denver, Colorado

Magistrate Judge S. Kato Crews
*Printed name and title*