DEFENDANT: WAHID BENABBAS

AGE/YOB:

ADDRESS:

OFFENSE: CONSPIRACY TO COMMIT WIRE FRAUD IN VIOLATION OF 18 U.S.C. § 371

LOCATION OF OFFENSE
(County and State): DENVER AND ARAPAHOE COUNTY, COLORADO

PENALTY: NMT 5 YEARS IMPRISONMENT, NMT $250,000 FINE, OR BOTH.  NMT 3 YEARS SUPERVISED RELEASE, $100 S.A. FEE.

AGENT: KATE FUNK, FBI SPECIAL AGENT

AUTHORIZED BY: ROBERT BROWN, ASSISTANT UNITED STATES ATTORNEY

ESTIMATED TIME OF TRIAL:

  X    five days or less         _____ over five days

THE GOVERNMENT

  X    Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

  _____ Will not seek detention.

The statutory presumption of detention is applicable to this defendant.