AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

| | |
|---|---|
| United States of America <br> v. <br> WAHID BENABBAS <br> *Defendant* | ) <br> ) <br> ) Case No. 20 mj 0004-SKC <br> ) <br> ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 1/9/2020

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

WARREN WILLIAMSON
*Printed name and bar number of defendant's attorney*

633 17th St
*Address of defendant's attorney*

nick-williams @ fd.org
*E-mail address of defendant's attorney*

(303) 294-7002
*Telephone number of defendant's attorney*

(303) 294-7002
*FAX number of defendant's attorney*