AO 442 (Rev 11/11) Arrest Warrant

```
                                             FILED
                                        U.S. DISTRICT COURT
                                        DISTRICT OF COLORADO

                                        2020 JAN -9 PM 2:40

                                        JEFFREY P. COLWELL
                                              CLERK

                                        BY_____ DEP. CLK
```

UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America )
)
v. )
) Case No. 20-mj-00004-SKC
WAHID BENABBAS, )
*Defendant* )
)

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **WAHID BENABBAS**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Between in or about October 3, 2013 and on or about October 3, 2018, in the State and District of Colorado and elsewhere, the defendant WAHID BENABBAS and another coconspirator, referred to herein as RM did knowingly combine, conspire, confederate and agree among themselves and with each other to commit Wire Fraud, an offense against the United States, to wit: having devised a scheme to defraud and obtain the monies of another by means of materially false and fraudulent pretenses, representations and promises and for the purposes of executing the scheme did cause writings, signs, and signals to be transmitted in interstate and foreign commerce, and committed, caused to be committed or aided and abetted the commission of overt acts in furtherance of the conspiracy, in violation of title 18, United States Code, Section 371

Date: 01/08/2020                               _____
                                                *Issuing officer's signature*

City and state: Denver, CO                     Magistrate Judge S. Kato Crews
                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/8/2020, and the person was arrested on *(date)* 1/9/2020
at *(city and state)* DENVER CO.

Date: 1/9/2020                                 _____
                                                *Arresting officer's signature*

                                                RAUL LEON  SPECIAL AGENT
                                                *Printed name and title*