PS 40A (Rev. 02/15) Notice Regarding Foreign Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Immigration and Customs Enforcement - DRO
Denver Field Office
12445 East Caley Avenue
Centennial, CO  80111

**FROM:** United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO  80294

**Date:** 01/10/2020
**By** C. Madrid

| | |
|---|---|
| Defendant: Wahid Benabbas | Case Number: 20-mj-00004-SKC-1 |
| Date of Birth: 1974 | Place of Birth: Algeria |
| SSN: | Alien ("A") Number: |

The above-named defendant surrendered Passport Number  187384004  (Issuing Country  Algeria  ) to the custody of the U.S. District Court on  01/10/2020  .

**NOTICE OF DISPOSITION**

The above case has been disposed of, and the above order of the court is no longer in effect.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Immigration and Customs Enforcement
Defendant (or representative)
Clerk of Court