**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case Number: 20-mj-00004-SKC

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**1.      WAHID BENABBAS,**

Defendant.

---

**ENTRY OF APPEARANCE**

---

Undersigned counsel, Harvey A. Steinberg, from the law firm of Springer and Steinberg, P.C., hereby enters his appearance as counsel on behalf of Defendant Wahid Benabbas in this matter.

Dated this 17th day of January, 2020.

Respectfully submitted,

/s/ *Harvey A. Steinberg*
Harvey A. Steinberg
Springer & Steinberg, P.C.
Attorneys for Wahid Benabbas
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
hsteinberg@springersteinberg.com

–1–

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 17th day of January, 2020, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**AUSA Robert M. Brown**
Email: Robert.Brown5@usdoj.gov

/s/ *Stacey Lopez*
For Harvey A. Steinberg
Springer & Steinberg, P.C.
Attorneys for Wahid Benabbas
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
hsteinberg@springersteinberg.com