IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge S. Kato Crews

Civil Action No. 20-mj-00004 -SKC

UNITED STATES OF AMERICA

      Plaintiff,

V.

WAHID BENABBAS,

      Defendant.

---

**ORDER**

---

This matter is before the Court on the Government's "Ex Parte Motion to Disclose Grand Jury Material To A Defendant Who Has Not Yet Been Indicted But Has Been Charged By Criminal Complaint," ("Motion") [#14] filed January 21, 2020, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i). The Rules appear to contemplate that the Government may file this motion *ex parte, see* Fed. R. Crim. P. 6(e)(3)(F), and the Government has effectuated this by filing the Motion under Level 3 restriction. After reviewing the Motion and the record, I conclude that the Motion should be granted.

THEREFORE, IT IS ORDERED as follows:

1. That the Motion is GRANTED;

2. Portions of the materials subpoenaed by the grand jury, and as described in the Motion, may be disclosed to the Defendant's attorneys in this case;

3. That such material shall only be used in defending this case and that such materials shall be disclosed only to the Defendant's counsel;

1

2

4. That the Defendant's attorneys shall maintain custody of such materials, shall keep the materials in his or her confidential files and under the control of his or her confidential employees, and shall not reproduce or disseminate the same;

5. That such materials shall be returned to the United States at the end of the case; and

6. That the United States Attorney's Office shall enclose a copy of this Order with any Grand Jury material disclosed pursuant to this Order.

DATED: January 22, 2020.


BY THE COURT:

S. Kato Crews
United States Magistrate Judge