IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:   20-mj-00004

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   WAHID BENABBAS,

    Defendant.

_____

### GOVERNMENT'S MOTION TO VACATE STATUS CONFERENCE AND RESET IT TO EARLY AUGUST 2020

_____

The United States moves the Court for an order vacating the currently scheduled status conference pending before a United States Magistrate Judge on April 27, 2020, at 10:00 a.m. before U.S. Magistrate Judge Michael Hegarty and continue the matter until early August 2020. As grounds therefore, the government advises the court as follows:

    1.   A complaint was filed in this matter on January 8, 2020.

    2.   The defendant was arrested on January 9, 2020, and appeared in court on that date. The government did not seek detention, and the defendant was released on bond.

    3.   An arraignment or further proceedings was set for March 5, 2020. On that date, U.S. Magistrate Judge Hegarty continued the case at the request of the parties.

    4.   The parties met for more than two hours on February 11, 2020, in an attempt to reach a resolution. The parties were scheduled to meet again in late March,

but due to the current health conditions the U.S. Attorney's Office was closed and governmental orders directing social distancing were implemented. No meeting can be scheduled in the near future.

5. An appearance in court on April 27, 2020 would have the parties simply reiterate what is in this motion and request a continuance, in person. There is no good reason for a personal appearance of the defendant as he is on bond and there are no problems with his status.

6. Although the government is filing this motion, undersigned counsel advises the court he as the agreement of defense counsel, Harvey Steinberg, to join in the request that the matter be vacated and continued without personal appearances by anyone.

WHEREFORE, the government request the court issue an order vacating the currently scheduled hearing on April 27, 200 at 10:00 and reset the matter in early August, 2020.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: *s/Robert Brown*
ROBERT BROWN
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:   303-454-0401
E-mail:   robert.brown5@usdoj.gov
Attorney for Government

**CERTIFICATE OF SERVICE**

      I certify that on this 8th day of April, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      By:  *s/Kayla Keiter*
          Legal Assistant to AUSA Robert Brown
          United States Attorney's Office