IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-mj-00004-SKC

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      WAHID BENABBAS,

      Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 14, 2020**.

      For good cause shown, the Government's unopposed Motion to Vacate Status Conference and Reset it to Early August 2020 [filed April 8, 2020; ECF 17] is **granted in part and denied in part**. The Status Conference currently set for April 27, 2020 is **vacated and rescheduled** to **July 31, 2020** at **10:00 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.