IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:   20-mj-00004-SKC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   WAHID BENABBAS,

    Defendant.
_____

### GOVERNMENT'S MOTION TO VACATE STATUS CONFERENCE ON JULY 31, 2020
_____

The United States moves the Court for an order vacating the currently scheduled status conference pending before United Sates Magistrate Judge Hegarty on July 31, 2020, and continue the matter for approximately three months.   As grounds therefore, the government advises the court as follows:

    1.   A complaint was filed in this matter on January 8, 2020.

    2.   The defendant was arrested on January 9, 2020, and appeared in court on that date. The government did not seek detention, and the defendant was released on bond.

    3.   An arraignment or further proceedings was set for March 5, 2020.   On that date, U.S. Magistrate Judge Hegarty continued the case at the request of the parties.   Due to the COVID-19 situation, a status conference set in April was continued to July 31, 2020.

    4.   The parties met for more than two hours on February 11, 2020, in an attempt to reach a resolution.   The parties were scheduled to meet again in late March, but due to the current health conditions the U.S. Attorney's Office was closed and governmental orders directing social distancing were implemented.   No meetings were able to occur due to the

health situation between April and July, and it appears none can be scheduled in the near future.

5.	An appearance on July 31, 2020, would have the parties simply reiterate what is in this motion and request a continuance, via VTC. There is no good reason for a VTC appearance of the defendant as he is on bond and there are no problems with his status. Given the VTC protocols, having one fewer cases on the court's docket would assist the court.

6.	Although the government is filing this motion, undersigned counsel advises the court he has the agreement of defense counsel, Harvey Steinberg, to join in the request the matter be vacated and continued.

WHEREFORE, the government request the court issue an order vacating the currently scheduled hearing on July 31, 2020 and reset the matter in approximately three months or at any time convenient to the court.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: *s/Robert Brown*
ROBERT BROWN
Assistant U.S. Attorney
United States Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
303-454-0100
robert.brown5@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that on this 27th day of July, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case

By:  *s/Kayla Keiter*
       Legal Assistant for AUSA Robert Brown
       United States Attorney's Office