IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-mj-00004-SKC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    WAHID BENABBAS,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 27, 2020**.

    For good cause shown, the Government's unopposed Motion to Vacate Status Conference on July 31, 2020 [filed July 27, 2020; ECF 20] is **granted**. The Status Conference currently set for July 31, 2020 is **vacated and rescheduled** to **October 23, 2020** at **2:00 p.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.