IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:   20-mj-00004-SKC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   WAHID BENABBAS,

    Defendant.
_____

**GOVERNMENT'S MOTION TO VACATE STATUS CONFERENCE ON OCTOBER 20, 2020**
_____

The United States moves the Court for an order vacating the currently scheduled status conference pending before United States Magistrate Judge Hegarty on October 20, 2020, and continue the matter for approximately three months.   As grounds therefore, the government advises the court as follows:

    1.   A complaint was filed in this matter on January 8, 2020.

    2.   The defendant was arrested on January 9, 2020, and appeared in court on that date. The government did not seek detention, and the defendant was released on bond.

    3.   An arraignment or further proceedings was set for March 5, 2020.   On that date, U.S. Magistrate Judge Hegarty continued the case at the request of the parties.   Due to the COVID-19 situation, a status conference set in April was continued to July 31, 2020. That status conference was continued by the parties for similar reasons and set on October 20, 2020.

    4.   The parties met on February 11, 2020, in an attempt to reach a resolution. The parties were scheduled to meet again in late March, but due to the current health

conditions, the U.S. Attorney's Office was closed and governmental orders directing social distancing were implemented.

5. The parties were able to meet on September 17, 2020. At that meeting and subsequently, the parties have engaged in discussions attempting to resolve this matter. The parties have made progress but have not yet reached a final agreement. The parties believe an extension of time will permit the parties to come to an agreed upon resolution of this matter.

6. There is no good reason for a VTC appearance of the defendant on October 20, 2020, as he is on bond and there are no problems with his status. Given the VTC protocols, having one fewer case on the court's docket would assist the court.

7. Although the government is filing this motion, undersigned counsel advises the court he has the agreement of defense counsel, Harvey Steinberg, to join in the request the matter be vacated and continued.

WHEREFORE, the government request the court issue an order vacating the currently scheduled hearing on October 20, 2020 and reset the matter during the next duty period of United States Magistrate Judge Hegarty in 2021

    Respectfully submitted,

    JASON R. DUNN
    United States Attorney

    By: *s/Robert Brown*
    ROBERT BROWN
    Assistant U.S. Attorney
    1801 California St., Ste. 1600
    Denver, CO 80202
    Phone: 303-454-0100
    Email: Robert.Brown5@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on this 15th day of October, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/ Kayla Keiter*
Legal Assistant for AUSA Robert Brown
United States Attorney's Office