IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:   20-mj-00004-SKC

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.   WAHID BENABBAS,

     Defendant.

_____

**GOVERNMENT'S MOTION TO VACATE STATUS CONFERENCE SET FOR
JANUARY 4, 2021**

_____

The United States moves the Court for an order vacating the currently scheduled status conference pending before United States Magistrate Judge Hegarty on January 4, 2021, and continuing the matter for approximately four months.   As grounds therefore, the government advises the court as follows:

1.       A complaint was filed in this matter on January 8, 2020.

2.       The defendant was arrested on January 9, 2020, and appeared in court on that date. The government did not seek detention, and the defendant was released on bond.

3.       An arraignment or further proceedings was set for March 5, 2020.   On that date, U.S. Magistrate Judge Hegarty continued the case at the request of the parties.   Due to the COVID-19 situation which caused various closures of matters before courts and the grand jury, a status conference set in April was continued to July 31, 2020.   That status conference was continued by the parties for similar reasons and set on October 20, 2020. That status conference was continued until January 4, 2021.

4.       The parties have met a few times in an attempt to reach a resolution.

5.      The parties have a meeting set to occur on January 15, 2021 and are hopeful

an agreement can be reached shortly after that date.   The grand jury is scheduled to begin

meeting again in February 2021 but there is no guarantee that will occur.   The parties

believe an extension of time will permit the parties to come to an agreed upon resolution of

this matter.

6.      There is no good reason for a VTC appearance of the defendant on January

4, 2021, to request the same continuance of the status conference as requested here.   The

defendant is on bond and there are no problems with his status. Given the VTC protocols,

having one fewer case on the court's docket would assist the court.

7.      Although the government is filing this motion, undersigned counsel advises the

court he has the agreement of defense counsel, Harvey Steinberg, to join in the request the

matter be vacated and continued.

WHEREFORE, the government request the court issue an order vacating the

currently scheduled hearing on January 4, 2021 and reset the matter during the next duty

period of United States Magistrate Judge Hegarty in 2021

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: *s/Robert Brown*
ROBERT BROWN
Assistant U.S. Attorney
United States Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
303-454-0100
robert.brown5@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

I certify that on this 30th day of December, 2020, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of such

filing to all counsel of record in this case.


By:     *s/ Kayla Keiter*
        Legal Assistant for AUSA Robert Brown
        United States Attorney's Office